72,337-03,04



**JUDGE AMBER GIVENS-DAVIS**
282nd JUDICIAL DISTRICT COURT
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-32
Dallas, Texas 75207-4399
(214) 653-5852

FELICIA SMITH
Court Coordinator
214-653-5852

PATRICIA HOLT
Court Reporter
214-653-5853

March 24, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

Honorable Judges of the Court of Criminal Appeals
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

RE:   *The State of Texas vs. Richard Brown, Jr.*
      *Cause No. F06-62942-S;* CCA Nos. WR-72,337-03 and WR-72,337-04

To the Honorable Judges of the Court of Criminal Appeals:

The purpose of this letter is to respond to this Court's Order of December 17, 2014. This Court's order required the Judge of the 282nd Judicial District Court to file responses with this Court stating whether Relator filed the motions to compel regarding the sheriff and the medical records and whether Relator filed the motion to compel regarding the district clerk and the habeas pleadings. Additionally, this Court ordered the Judge of the 282nd Judicial District Court to indicate if those motions were properly filed and whether the Court had ruled on those motions.

In response to this Order, the Respondent Judge of the 282nd Judicial District Court took office on January 1, 2015, and first became aware of this Court's December 17, 2014, order the week of March 16th, 2015. As soon as the Respondent Court became aware of this Court's Order it worked diligently to resolve the issues in the order. During its research, Respondent Judge determined that Relator has filed the motions to compel directed to the Sheriff and the District Clerk regarding the medical records and the habeas pleadings. These motions were properly filed with the District Clerk's office and they appear on the onBase system, which is the digital records system in Dallas County. The Respondent Court ruled on the Relator's motions on March 20, 2015. (A copy of said order is attached hereto to this response).



## JUDGE AMBER GIVENS-DAVIS
### 282nd JUDICIAL DISTRICT COURT
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-32
Dallas, Texas 75207-4399
(214) 653-5852

FELICIA SMITH
Court Coordinator
214-653-5852

PATRICIA HOLT
Court Reporter
214-653-5853

The Respondent Court further found that Relator filed a pro se motion for DNA testing on July 17, 2014. The Respondent Judge has also ruled on said motion. Should you require any additional information regarding this matter, please feel free to contact me.

Sincerely,

Judge Amber Givens-Davis
282nd Judicial District Court

CAUSE NO. F06-62942-US
WRIT NO. W06-62942-S(B)

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 282ND JUDICIAL |
| V. | § | DISTRICT COURT |
| RICHARD BROWN, JR. | § | DALLAS COUNTY, TEXAS |

## ORDER

The defendant, Richard Brown, Jr., has filed numerous *pro se* motions with the Court. Having reviewed the motions the Court now makes the following rulings:

Defendant's Motion to Compel filed September 30, 2013, is **DENIED.**

Defendant's Motion to Compel filed December 27, 2013, is **DENIED.**

Defendant's Motion to Compel filed April 22, 2014, is **DENIED.**

Defendant's Motion for Appointment of Counsel Under Chapter 64.01 Texas Code of Criminal Procedure is **GRANTED** and the Court appoints Julie Doucet, Dallas County Public Defenders Office, to represent the defendant on his motion for forensic DNA testing. The District Clerk is **ordered** to forward a copy of defendant's motion for DNA testing to the said Julie Doucet.

Defendant's Second Motion to Compel filed October 24, 2014 is **GRANTED** and the **Dallas County District Clerk's Office** is hereby **ORDERED** to forward to the defendant, Richard Brown, Jr., TDCJ #1387146, Michael Unit,

2664 FM 2054, Tennessee Colony, Texas 75886 copies of the affidavits of trial counsel and appellate counsel, if any, filed in Writ No. W06-62942-S(B) along with the trial court's findings in said writ.

The Clerk of this Court is **ORDERED** forward a copy of this order to the defendant, Richard Brown, Jr., TDCJ #1387146, Michael Unit, 2664 FM 2054, Tennessee Colony, Texas 75886, and to Julie Doucet, Dallas County Public Defenders Office.

SIGNED this _20_ day of March, 2015.


_____
AMBER GIVENS-DAVIS, JUDGE
282ND JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS